UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DOUGLAS CLEVON BRYANT, | Case No. 17-CV-3827 (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, FCI Sandstone, | |
| Defendant. | |

Douglas Clevon Bryant, pro se.

Lisa D. Kirkpatrick, UNITED STATES ATTORNEY'S OFFICE, for defendant.

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Franklin L. Noel. Judge Noel recommends dismissing plaintiff Douglas Bryant's 28 U.S.C. § 2241 petition for lack of jurisdiction. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court adopts the R&R.

Bryant brings a claim under *Mathis v. United States*, 136 S. Ct. 2243 (2016), contending that his Guidelines range was incorrectly calculated because he was erroneously subjected to the career-offender enhancement. *Mathis*, however, does not represent a change in the law; instead, "its decision was dictated by decades of prior precedent." *See United States v. Taylor*, 672 F. App'x 860, 864 (10th Cir. 2016); *see also Blake v. United States*, No. 17-CV-1108 (PJS/DTS), 2017 WL 2655098 (D. Minn.) (denying

as futile a motion to add a *Mathis* claim to a § 2241 petition), *aff'd*, No. 17-2448, 2017 WL 6603620 (8th Cir. Oct. 24, 2017). Nothing prevented Bryant from making *Mathis*-type arguments at an earlier stage in his criminal case or as part of his motion under 28 U.S.C. § 2255. Because Bryant cannot establish that his remedy under § 2255 "is inadequate or ineffective to test the legality of his detention," 28 U.S.C. § 2255(e), his claim must be dismissed for lack of jurisdiction.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES plaintiff's objection [ECF No. 10] and ADOPTS the R&R [ECF No. 9]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss [ECF No. 4] is GRANTED.

2. Plaintiff's petition [ECF No. 1] is DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 6, 2018

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge